Electronically Filed
6/2/2025 4:35 PM
Fifth Judicial District, Blaine County
Stephen F. Graham, Clerk of the Court
By: April Pina, Deputy Clerk

Ron R. Shepherd, ISBN 6593
V. Renee Karel, ISBN 9050
Susan Lynn Mimura, ISBN 3033
SHEP LAW GROUP
1990 North Meridian Road
Meridian, ID  83646
Telephone:  (208) 887-3444
Facsimile:  (208) 887-3443
Direct:   ron@sheplawgroup.net
 susan@sheplawgroup.net
 renee@sheplawgroup.net
E-filing:  efile@sheplawgroup.net

Attorneys for Plaintiff

### IN THE DISTRICT OF THE FIFTH JUDICIAL DISTRICT OF

### THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BLAINE

| | |
|---|---|
| JENNIFER ELLWAY HEEKIN, | Case No. CV07-25-00368 |
| Plaintiff, | SUMMONS |
| v. | |
| PETER KILPATRICK HEEKIN, | Williamson, Ned C |
| Defendant. | |

**NOTICE:   YOU HAVE BEEN SUED BY THE ABOVE-NAMED PLAINTIFF. THE COURT MAY ENTER DEFAULT AGAINST YOU WITHOUT FURTHER NOTICE UNLESS YOU RESPOND WITHIN 21 DAYS.   READ THE INFORMATION BELOW.**

**TO: PETER KILPATRICK HEEKIN, Defendant above named:**

You are hereby notified that in order to defend this lawsuit, an appropriate written response must be filed with the above-designated court within 21 days after service of this Summons on you.  If you fail to so respond, the Court may enter default against you as demanded by the Plaintiff in the Complaint.

SUMMONS – 1                                                                                                                  **ATTACHMENT 2**

A copy of the Complaint is served with this Summons. If you wish to seek the advice or representation by an attorney in this matter, you should do so promptly so that your written response, if any, may be filed in time and other legal rights protected.

An appropriate written response requires compliance with Rule 10 (a) and other rules under the Idaho Rules of Civil Procedure and shall also include:

1. The title and number of this case.

2. If your response is an Answer to the Complaint, it must contain admissions or denials of the separate allegations of the Complaint and other defenses you may claim.

3. Your signature, mailing address and telephone number, or the signature, mailing address and telephone number of your attorney.

4. Proof of mailing or delivery of a copy of your response to Plaintiff's attorney, as designated above.

To determine whether you must pay a filing fee with your response, contact the Clerk of the above-named Court, whose address and phone number are as follows:

Clerk of the Court
BLAINE COUNTY COURTHOUSE
201 2nd Avenue South, Suite 106
Hailey, ID 83333
208-788-5521

DATED  6/3/2025

STEPHEN MCDOUGALL GRAHAM
Clerk of the Court

By: *April Pina*
Deputy Clerk

SUMMONS – 2