## Case Information

CV07-25-00368 | Jennifer Heekin Plaintiff, vs. Peter Heekin Defendant.

| | | |
|---|---|---|
| Case Number<br>CV07-25-00368<br>File Date<br>06/02/2025 | Court<br>Blaine County District Court<br>Case Type<br>AA6 Personal Injury (more than $10,000) | Judicial Officer<br>Williamson, Ned C<br>Case Status<br>Active - Pending |

## Party

Plaintiff
Heekin, Jennifer A

DOB
XX/XX/1976

Active Attorneys ▼
Lead Attorney
Shepherd, Ronald Robert
Retained

Defendant
Heekin, Peter K

DOB
XX/XX/1971

Active Attorneys ▼
Lead Attorney
Donovan, Michael Francis
Retained

## Events and Hearings

06/02/2025 New Case - District Civil for Personal Injury

06/02/2025 Civil Case Information Sheet

06/02/2025 Summons Issued

06/02/2025 Complaint For Personal Injury or Other Claims (Over $10,000)

06/03/2025 Summons ▼

**ATTACHMENT 3**

| | |
|---|---|
| Served 06/23/2025 | |
| 06/23/2025 Acceptance of Service w/ Summons | |
| 06/23/2025 Notice of Remote Hearing ▼<br><br>Comment<br>Scheduling Conference | |
| 07/21/2025 Notice of Intent to Take Default | |
| 07/28/2025 Scheduling Conference ▼<br><br>Judicial Officer<br>Williamson, Ned C<br><br>Hearing Time<br>01:00 PM | |

## Financial

Heekin, Jennifer A
    Total Financial Assessment      $221.00
    Total Payments and Credits      $221.00

| 6/3/2025 | Transaction Assessment | | | $221.00 |
|---|---|---|---|---|
| 6/3/2025 | EFile Payment | Receipt # 04131-2025-R07 | Heekin, Jennifer A | ($221.00) |

Filed: 06/23/2025 at 5:22 PM.
Fifth Judicial District, Blaine County
Stephen F. Graham, Clerk of the Court
By: Stephanie Toles, Deputy Clerk

IN THE DISTRICT COURT OF THE FIFTH JUDICIAL DISTRICT OF
THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BLAINE

| | |
|---|---|
| Jennifer Heekin<br>    Plaintiff,<br>vs.<br>Peter Heekin<br>    Defendant. | Case No. CV07-25-00368<br><br>Notice of Remote Hearing – Scheduling Conference |

**NOTICE IS GIVEN** That the above-entitled case is set for:

| Hearing Type | Date | Time | Judge |
|---|---|---|---|
| Scheduling Conference | 07/28/2025 | 1:00 PM | Ned C Williamson |

The Scheduling Conference will take place remotely through **TELEPHONE OR VIDEO CONFERENCE**.

### How to attend:

| Online: | By Telephone: |
|---|---|
| https://zoom.us/join | Toll free: (877) 853-5257 or (888) 475-4499 |
| Meeting ID: 996 3961 7543 | Meeting ID: 996 3961 7543 |
| Password: 788871 | Password: 788871 |

**If you are unable to access this remote hearing, then you must contact the Blaine County Courthouse at (208) 788-5521 immediately. You may also call this number if you require accommodations.**

For a list of best practices and technical information about remote hearings, please go to https://isc.idaho.gov/isc-zoom.

It is the policy of the Idaho Supreme Court that court proceedings are presumed to be open to the public in the absence of a court rule providing or a court ordering otherwise. Thus, this proceeding may be live streamed to the public.

Alternate Judges: Notice is given that the presiding judge intends to use a panel of judges as alternates to preside at trial or any other hearing or proceeding.  Notice is also given that if there are multiple defendants, the presiding judge must determine whether the co-defendants have a sufficient interest in common, so as to be required to join in any disqualification without cause, or whether they have an adverse interest, such that each co-defendant will have the right to file one disqualification without cause.

The panel of alternate judges consists of the following judges: Brown, Butler, Cannon, Cluff, Cotten, Dunn, Emory, Hancock, Harris, Huskey, Wildman, N. Williamson, and Wood. This list may include judges in addition to those previously identified. You may disqualify any judge in this list without cause, as long

as you have not previously disqualified a judge without cause. You have a limited amount of time for filing this motion, which is set forth in Idaho Rules of Civil Procedure 40(a)(6). The entire civil rule can be found online at: https://isc.idaho.gov/ircp40-new.

                                            Stephen F. Graham
                                            Clerk of the Court

Dated: 06/23/2025                                 By: **Stephanie Toles**
                                                       Deputy Clerk

## CERTIFICATE OF SERVICE

I certify that on this date I served a copy of the attached to:

| | | |
|---|---|---|
| Ronald Robert Shepherd | efile@sheplawgroup.net | [X] By E-mail |
| Michael Francis Donovan | michael@michaeldonovanlaw.com | [X] By E-mail |

                                            Stephen F. Graham
                                            Clerk of the Court

Dated: 06/23/2025                                 By: **Stephanie Toles**
                                                       Deputy Clerk

Ron R. Shepherd, ISBN 6593
V. Renee Karel, ISBN 9050
Susan Lynn Mimura, ISBN 3033
SHEP LAW GROUP
1990 North Meridian Road
Meridian, ID  83646
Telephone:  (208) 887-3444
Facsimile:  (208) 887-3443
Direct:   ron@sheplawgroup.net
E-filing:  efile@sheplawgroup.net

Attorneys for Plaintiff

## IN THE DISTRICT OF THE FIFTH JUDICIAL DISTRICT OF

## THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BLAINE

| | |
|---|---|
| JENNIFER ELLWAY HEEKIN, | Case No. CV07-25-00368 |
| Plaintiff, | NOTICE OF INTENT TO TAKE JUDGMENT BY DEFAULT |
| v. | |
| PETER KILPATRICK HEEKIN, | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that JENNIFER ELLWAY HEEKIN, Plaintiff, by and through her attorney of record, Ron R. Shepherd, of Shep Law Group, and does hereby give notice, pursuant to I.R.C.P. 55 of her intent to make application for a judgment by default in the above-captioned matter at any time following the expiration of three (3) days after service of this Notice.

DATED this 21st day of July, 2025

                SHEP LAW GROUP

                /s/ Ron R. Shepherd
                RON R. SHEPHERD
                Attorneys for Plaintiff

NOTICE OF INTENT TO TAKE JUDGMENT BY DEFAULT – 1

## CERTIFICATE OF SERVICE

    I hereby certify that on the 21st day of July 2025, I caused a true and correct copy of the foregoing NOTICE OF INTENT TO TAKE JUDGMENT BY DEFAULT to be served by the method indicated below, and addressed to the following:

| | |
|---|---|
| Michael Donovan<br>180 First Street West, Suite 107<br>Ketchum, ID 83340<br>*Attorneys for Defendant* | ( ) U.S. Mail, Postage Prepaid<br>( ) Certified Mail/Return Receipt<br>( ) Hand Delivered<br>( ) Facsimile: 208-726-3750<br>( ) Email: michael@michaeldonovanlaw.com<br>          lawoffice@lwfrlaw.com<br>(√) iCourt: michael@michaeldonovanlaw.com<br>          lawoffice@lwfrlaw.com |

/s/ Ron R. Shepherd
RON R. SHEPHERD

NOTICE OF INTENT TO TAKE JUDGMENT BY DEFAULT – 2