Case 1:25-cv-00402-DCN   Document 1-4   Filed 07/22/25   Page 1 of 2

Electronically Filed
6/23/2025 12:50 PM
Fifth Judicial District, Blaine County
Stephen F. Graham, Clerk of the Court
By: Andrea Logan, Deputy Clerk

Ron R. Shepherd, ISBN 6593
V. Renee Karel, ISBN 9050
Susan Lynn Mimura, ISBN 3033
SHEP LAW GROUP
1990 North Meridian Road
Meridian, ID  83646
Telephone:  (208) 887-3444
Facsimile:  (208) 887-3443
Direct:    ron@sheplawgroup.net
           susan@sheplawgroup.net
           renee@sheplawgroup.net
E-filing:  efile@sheplawgroup.net

Attorneys for Plaintiff

# IN THE DISTRICT OF THE FIFTH JUDICIAL DISTRICT OF

# THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BLAINE

| | |
|---|---|
| JENNIFER ELLWAY HEEKIN, | Case No. CV07-25-00368 |
| Plaintiff, | ACCEPTANCE OF SERVICE |
| v. | |
| PETER KILPATRICK HEEKIN, | |
| Defendant. | |

MICHAEL DONOVAN, counsel for the above-named Defendant, Peter Heekin, states as follows:

1. I hereby acknowledge receiving a copy of the following documents filed in this matter on June 2, 2025.

    A.    Complaint and Demand for Jury Trial;

    B.    Summons

2. I am authorized to accept service of the above-referenced documents on behalf of Defendant, Peter Heekin.

ACCEPTANCE OF SERVICE – 1                                     ATTACHMENT 4

I received such documents via email on the 19th day of June 2025.

DATED June 23, 2025

                                      MICHAEL DONOVAN LAW


                                      *Michael Donovan*
                                      MICHAEL DONOVAN
                                      *Attorney for Defendant*

ACCEPTANCE OF SERVICE – 2