**MICHAEL F. DONOVAN**
**ATTORNEY AT LAW**
180 First Street West, Suite 107
P.O. Box 1172
Ketchum, Idaho 83340-2984
Tele: (208) 726-8219
Fax: (208) 726-3750
Idaho State Bar No. 2314
michael@michaeldonovanlaw.com

**JARED C. KIMBALL**
**KIMBALL LAW, PLLC**
335 Spruce Ave.
Ketchum, Idaho 83340
Tele: (208) 309-3135
Idaho State Bar No. 5491
Jared.kimball.sftc@gmail.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JENNIFER ELLWAY HEEKIN,<br><br>Plaintiff,<br><br>v.<br><br>PETER KILPATRICK HEEKIN,<br><br>Defendant. | Case No. 1:25-cv-402<br><br>DECLARATION OF DEFENDANT IN SUPPORT OF NOTICE OF REMOVAL |

1. I am the Defendant in the above-captioned matter and make this declaration in Support of my Notice of Removal.

2. I am a natural person and a citizen of the United States.

3. I am an individual over the age of eighteen, a resident of New Mexico, and have personal knowledge of the facts set forth herein, believing them all to be true and correct to the best of my knowledge and belief, and if called as a witness, I could and would testify competently thereto.

DECLARATION OF DEFENDANT IN SUPPORT OF NOTICE OF REMOVAL/1

4.  I am domiciled in the State of New Mexico at my physical residence, to-wit:  115

    Camino Escondido, Santa Fe, New Mexico (NM), 87501.

5.  In support of my New Mexico domicile, I state, and I know the following:

6.  I consider New Mexico to be my permanent home.

7.  I intend to remain in New Mexico indefinitely.

8.  When I leave New Mexico for personal or business purposes, New Mexico is the place
    where I

    return.

9.  I first moved to New Mexico in the year 2023.

10. I am employed at Tesuque Glassworks, which is located in Tesuque, Santa Fe County,

    New Mexico.

11. I have worked and lived in New Mexico since 2023.

12. I hold a valid New Mexico Driver's License that was issued on April 3, 2024.

13. I am registered to vote in New Mexico, and I voted there for the last election cycle.

14. My vehicle(s) are registered in New Mexico.

15. I file an annual state income tax return (a State of New Mexico PIT-1 Form) in New

    Mexico, and I have done so since the year 2024.

16. I receive my regular U.S. mail at my residence in New Mexico.

17. My doctor and other health care providers that I see are located in New Mexico.

18. To the best of my knowledge, Plaintiff, Jennifer Ellway Heekin, is originally from Blaine

    County, Idaho, and as of the date the Complaint was filed in the State Court Action, and

    currently, Plaintiff is a citizen of the State of Idaho, domiciled in Blaine County, Idaho.

19. I have reviewed the Complaint filed by Plaintiff in the relevant Idaho State Court Action

    (No. CV07-25-000368).

DECLARATION OF DEFENDANT IN SUPPORT OF NOTICE OF REMOVAL/2

20. I know from reading the Complaint Plaintiff alleges and prays in her State Court Action

for relief by way of a money judgment in excess of $100,000.

21. The amount in controversy in this action exceeds $75,000, exclusive of interest and costs.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON:  <u>July 22, 2025</u>
                     (DATE)

                                                    <u>**_s/ Peter Heekin_**</u>
                                                    By: Peter Heekin, Defendant

DECLARATION OF DEFENDANT IN SUPPORT OF NOTICE OF REMOVAL/3